UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ronnie Lee McDaniel,          )
                              )
          Plaintiff,          )
                              )
     v.                       )          Civil Action No. **09  0070**
                              )
Mayor Adrian Fenty,           )
          ·                   )
          Defendant.          )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of the complaint brought *pro se* and

plaintiff's application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court

is required to dismiss a complaint upon a determination that it, among other grounds, fails to

state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff sues District of Columbia Mayor Adrian Fenty for $10 million in damages

because he allegedly "refused to mediate and solve [an] issue on his city's police departments,"

that resulted in the deprivation of plaintiff's constitutional rights. Compl. Plaintiff claims that

Mayor Fenty made a "personal choice" not to act "after numerous contacts." *Id.* Although a

District of Columbia official may be held personally liable for depriving an individual of "rights,

privileges, or immunities secured by the Constitution and laws," 42 U.S.C. § 1983, he must have

directly participated in the alleged wrongdoing. *See Cameron v. Thornburgh*, 983 F.2d 253, 258

(D.C. Cir.1993); *Meyer v. Reno*, 911 F. Supp. 11, 15 (D.D.C.1996) (citing cases); *Price v. Kelly*,

847 F. Supp. 163, 169 (D.D.C.1994), *aff'd*, 56 F.3d 1531 (D.C. Cir. 1995). Plaintiff's claim

against Mayor Fenty in his individual capacity based apparently on the alleged wrongful acts of

D.C. police officers fails as a matter of law.[1] *See Graham v. Davis*, 880 F.2d 1414, 1421 (D.C. Cir. 1989) (citing *Monell v. Dep't. of Social Services of the City of New York*, 436 U.S. 658, 691 (1978)) (defendant cannot be held liable under section 1983 on theories of *respondeat superior* or vicarious liability). The complaint therefore is dismissed. A separate Order accompanies this Memorandum Opinion.

_____
United States District Judge

Date: December **31**, 2008

---

[1] Plaintiff has submitted a separate complaint against District of Columbia Police Chief Cathy L. Lanier, which the Court will permit to go forward.